UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BROWN,<br><br>               Petitioner,<br><br>  v.<br><br>JAMES A. YATES, Warden,<br><br>               Respondent. | 1:04-CV-05817 OWW DLB HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>[Doc. #21]<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On March 13, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DENIED with prejudice. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings

1 | and Recommendation is supported by the record and proper analysis.

2 |     Accordingly, IT IS HEREBY ORDERED that:

3 |     1. The Findings and Recommendation issued March 13, 2007, is ADOPTED IN FULL;

4 |     2. The petition for writ of habeas corpus is DENIED with prejudice; and

5 |     3. The Clerk of the Court is DIRECTED to enter judgment.

6 | IT IS SO ORDERED.

7 | **Dated:    May 8, 2007**                    /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE